[No. 6123–0–III. Division Three. March 28, 1985.]

JEFFERSON 400, *Respondent,* v. COMTREX, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–2–00704–1, Marcus M. Kelly, J., entered September 27, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 6137–0–III. Division Three. March 28, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LELAND EARL GOODSELL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–1–00717–9, Thomas E. Merryman, J., entered October 4, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 11570–7–I. Division One. April 1, 1985.]

SHARON L. PRATER, *Appellant,* v. THE CITY OF KENT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–09503–0, Frank H. Roberts, Jr., J., entered March 11, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Corbett, C.J., and Webster, J. Now published at 40 Wn. App. 639.